UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEJANDRO GILBERTO RAMIREZ DIAZ,

      Petitioner,

v.                       Case No. 2:26-cv-608-JES-NPM

MATTHEW MORDANT, in his official
capacity as Warden of Florida Soft
Side South, et al.,

      Respondents.

_____

**<u>ORDER</u>**

This matter comes before the Court on Petitioner Ramirez Diaz's Motion for Preliminary Injunction (Doc. #11) filed on March 24, 2026. Counsel seeks injunctive relief to facilitate the immediate return of Ramirez Diaz to the United States to participate in immigration proceedings. While an appeal was pending before the Board of Immigration Appeals, Respondents executed Petitioner's removal to Cuba with a copy of his asylum application in his possession. Deportation Office Cuevas indicated that the removal was from a "misunderstanding" or "oversight" and that the assigned officer would return to the office to coordinate Petitioner's return. Opposing counsel has

advised that ICE will cooperate, but Petitioner has no specific information.  Counsel now seeks judicial intervention.

Accordingly, it is now

**ORDERED:**

Respondents shall file a response to the Motion for Preliminary Injunction (Doc. 11) on an expedited basis **on or before March 31, 2026, by noon.**

**DONE AND ORDERED** in Fort Myers, Florida on March 26, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

2